Globe Paper Box Company, Appellant, v. United Pressed Products Company, Appellee.

Gen. No. 40,801.

Heard in third division, first district, at June term, 1939; opinion filed February 14, 1940. Lawrence Wolff Gidwitz, for appellant; A. A. Rubinson, of counsel; Simon Herr, for appellee. Opinion by Presiding Justice Denis E. Sullivan. ''Not to be published in full.''